IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| TWIN DISC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-1041 |
| ) | |
| ) | |
| TWINDISC.CC, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendations of the Magistrate Judge dated March 21, 2014, in response to Plaintiff's Motion for Entry of Default Judgment.

Based on a de novo review of the evidence in this case and having reviewed the Report and Recommendation it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED that Plaintiff's Motion for Entry of Default Judgment is GRANTED in favor of TWIN DISC, Inc. and against Defendant Domain Names, and that VeriSign, Inc. is directed to transfer the registration of <twindisc.cc> and <twindiscs.com> to Plaintiff.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 8, 2014